UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
PUGET SOUND ELECTRICAL WORKERS )
HEALTH & WELFARE TRUST, *et al.*, ) No. C08-313RSL
)
         Plaintiffs, ) ORDER DENYING PLAINTIFFS'
   v. ) MOTION FOR SECOND ORDER FOR
) DEFAULT JUDGMENT
ALINDESKA ELECTRICAL )
CONTRACTORS, LLC, )
)
         Defendant. )
_____)

     This matter comes before the Court on plaintiffs' "Motion and Affidavit for Order for Default Judgment (Second)" (Dkt. #13). On June 13, 2008, the Court entered default judgment in this matter. See Dkt. #12. Plaintiffs now move for a "second" default judgment, but have failed to provide the Court with any legal authority supporting entry of a "second" or amended judgment in this matter. Accordingly, plaintiffs' motion (Dkt. #13) is DENIED.

     DATED this 14th day of July, 2008.

                                          /s/ Robert S. Lasnik
                                        Robert S. Lasnik
                                        United States District Judge

ORDER DENYING PLAINTIFFS' MOTION
FOR SECOND ORDER FOR DEFAULT JUDGMENT