THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST; PUGET SOUND ELECTRICAL WORKERS PENSION TRUST; PUGET SOUND ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST; NATIONAL ELECTRICAL BENEFIT FUND; and LABOR MANAGEMENT COOPERATION TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>ALINDESKA ELECTRICAL CONTRACTORS, LLC, a Washington limited liability company,<br><br>Defendant. | NO. 2:08-cv-0313-RSL<br><br>ORDER EXTENDING LIFE OF JUDGMENT |

This matter is before the Court on the application of plaintiffs and judgment creditors Puget Sound Electrical Workers Healthcare Trust, Puget Sound Electrical Workers Pension Trust, Puget Sound Electrical Joint Apprenticeship and Training Trust, National Electrical Benefit Fund, and Labor Management Cooperation Trust (the "Puget Sound Electrical

ORDER EXTENDING LIFE OF JUDGMENT – Page 1
Cause No. 2:08-cv-0313-RSL

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900



Workers Trust Funds") to extend the Court's June 13, 2008 Judgment (Dkt. # 12) for an additional ten years pursuant to RCW 6.17.020(3).

The Court has considered the motion, pleadings, files and court records in this matter and ORDERS:

1. The Plaintiff Trust Funds' application is brought within the ninety-day period specified in RCW 6.17.020(3);

2. The Plaintiff Trust Funds have represented that the June 13, 2008 judgment in this matter (Dkt. # 12) remains unsatisfied;

3. Plaintiff Trust Funds application is granted as of right;

4. The Plaintiff Trust Funds are awarded an additional $450 in attorney fees; and

5. The Clerk of Court is directed to enter a new judgment, as follows:

### UPDATED JUDGMENT SUMMARY

1. Judgment Creditors: Puget Sound Electrical Workers Healthcare Trust, Puget Sound Electrical Workers Pension Trust, Puget Sound Electrical Joint Apprenticeship and Training Trust, National Electrical Benefit Fund, and Labor Management Cooperation Trust

2. Judgment Debtor: Alindeska Electrical Contractors, LLC

3. Judgment Amount: $49,591.51
   *Consisting of the following amounts:*
   a. Fringe Benefit Contributions $ 0.00
   b. Liquidated Damages $ 43,254.91
   c. Pre-Judgment Interest $ 2,648.73
   d. Costs $ 457.27
   e. Attorney Fees $ 2,780.60

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900



|   |   |   |
|---|---|---|
| f. Post-Judgment Interest | $ | 0.00 |
| g. Additional Attorney Fees | $ | 450.00 |

4. Attorney for Judgment Creditors: Noelle E. Dwarzski, WSBA #40041
McKenzie Rothwell Barlow & Coughran, P.S.
1325 Fourth Avenue, Suite 910
Seattle, WA  98119
(206) 224-9900

5. Attorney for Judgment Debtors: None

DATED this 21st day of May, 2018.

_/s/ Robert S. Lasnik_
THE HONORABLE ROBERT S. LASNIK
United States District Court Judge

Presented by:

_/s/  Noelle E. Dwarzski_
Noelle E. Dwarzski, WSBA #40041
McKENZIE ROTHWELL BARLOW
  & COUGHRAN, P.S.
Attorneys for the Plaintiff Puget Sound
Electrical Workers Trust Funds

ORDER EXTENDING LIFE OF JUDGMENT – Page 3
Cause No. 2:08-cv-0313-RSL

McKENZIE ROTHWELL  BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

